HAVANA ELECTRIC RAILWAY COMPANY, Appellant, v. CENTRAL
TRUST COMPANY OF NEW YORK, Respondent.

*Havana Electric Ry. Co.* v. *Central Trust Co.*, 122 App. Div. 829,
affirmed.
(Argued December 6, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Decem-
ber 23, 1907, in favor of defendant upon the submission of a
controversy under section 1279 of the Code of Civil Proced-
ure as to whether the defendant, as trustee under the consoli-
dated mortgage of the plaintiff, is required to authenticate
and deliver consolidated mortgage bonds in exchange for
first mortgage bonds of the plaintiff issued under a mortgage
made by the plaintiff to the United States Mortgage and
Trust Company and retired in pursuance of the sinking fund
provisions of said last-mentioned mortgage.

*George B. Covington* and *David T. Davis* for appellant.

*Arthur H. Van Brunt* and *Henry V. Poor* for respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J.,
below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
WILLARD BARTLETT and HISCOCK, JJ.

---

MAYNARD N. CLEMENT, as State Commissioner of Excise,
Respondent, v. CLARENCE VOGEL, Defendant, and THE
FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*Clement* v. *Vogel*, 132 App. Div. 947, affirmed.
(Argued December 6, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 29, 1909, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court and an order

denying a motion for a new trial in an action to recover upon a liquor tax bond.

*Charles Newton* for appellant.

*Daniel A. Reed* and *Russel Headley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLLTT, JJ. Dissenting: HISCOCK, J.

---

MAYNARD N. CLEMENT, as State Commissioner of Excise, Respondent, *v.* BERNARD W. CURTIS, Defendant, and AMERICAN FIDELITY COMPANY, Appellant.

*Clement* v. *Curtis*, 129 App. Div. 934, affirmed.
(Argued December 7, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 21, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a liquor tax bond.

*Charles Newton* for appellant.

*Daniel A. Reed* and *Russel Headley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

MAYNARD N. CLEMENT, as State Commissioner of Excise, Respondent, *v.* THE EMPIRE STATE SURETY COMPANY, Appellant, Impleaded with Another.

*Clement* v. *Empire State Surety Co.*, 134 App. Div. 910, affirmed.
(Submitted December 7, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered